

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00144-CR

| | | |
|---|---|---|
| MARCUS JOHNSON, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (F24-3487-16) |
| V. | § | December 11, 2025 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modified to the bill of cost to (1) delete the $10,000 fine; (2) delete the $15 time-payment fee without prejudice to future assessments; and (3) include a statement that the assessed cost and fee are not payable by appellant Marcus Johnson until his release from confinement, in accordance with the language of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _____
     Justice Brian Walker